USDC SCAN INDEX SHEET

















BAR    2/24/06    14:18

3:06-MC-00134   GREEN V. JOHNSON RICHARDS CO

*1*

*REGJGM.*

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT FILED

MIDDLE _____ DISTRICT OF _____

LUCILLE GREEN

V.

JOHNSON RICHARDS & CO., INC., ET AL

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT** DEPUTY

06mc 133

Case Number:    00-770-C-M2

I, _____ LAWRENCE TALAMO _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action _____ Nov. 10, 2003 _____ , as it
                                                                                                         Date

appears in the records of this court, and that

\*    no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal

Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

_____ February 7, 2006 _____
                Date

LAWRENCE TALAMO
Clerk

(By) Deputy Clerk

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**    03 NOV 10 AM 10: 26

**LUCILLE GREEN**

**VERSUS**

**JOHNSON RICHARDS & CO., INC.,**
**JOHN C. SBICCA, RICHARD FABULICH,**
**TRI-NATIONAL DEVELOPMENT**
**CORPORATION, MICHAEL T. SUNSTEIN,**
**JASON SUNSTEIN, GILBERT R. FUENTES,**
**PAUL GOSS, JAMES VERNES, DR. JERRY**
**PARKER, NEW ENGLAND INTERNATIONAL**
**SURETY, CENTRAL STATES MARKETING,**
**HOMER E. PARKER, DANIEL C. SMITH,**
**JOHN KOVALCIK, CYNTHIA S. GEBHART**
**McBRIDE AND DOES 1 - 20**

**CIVIL ACTION NO:**
SIGN_____
by DEPUTY CLERK
**00-770-C-M2**

**JURY DEMAND**

---

## JUDGMENT

---

Defendants, Johnson Richards and Co., Inc., John Sbicca, Richard Fabulich, Daniel

Smith, James Vernes, John Kovalcik, Homer E. Parker, Central States Marketing and New

England International Surety, have been regularly served with process and have failed to

appear and answer the Plaintiff's Complaint filed herein. The default of the Defendants

has been entered and the Defendants are not infants or incompetent persons. It appears

from the Affidavits that the Plaintiffs are entitled to a Judgment.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, Lucille Green, recover

from Defendants, the sum of $62,620.00, with interest thereon at the rate of 10% per

annum from March 17, 1999, until paid.

Kernigan
RET

**A TRUE COPY**

2/7/06
Deputy Clerk                    Date
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

Date Docketed
**NOV 1 0 2003**
Notices Mailed To:

Maughan   Julien   McBride   Kennedy   Dran

| INITIALS | DOCKET# |

Case 3:00-cv-00770-RET-CN   Document 109   Filed 11/10/2003   Page 2 of 3

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Lucille Green, recover from the Defendants a late charge in the amount of 6% of the principal and interest due on December 23, 1999.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Leland Holden, recover from Defendants, the sum of $10,200.00, with interest thereon at the rate of 10 per annum from July 2, 1999, until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Leland Holden, recover from the Defendants a late charge in the amount of 6% of the principal and interest due on April 10, 2000.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Salvador Gerardi, recover from Defendants, the sum of $30,600.00, with interest thereon at the rate of 10% per annum from January 28, 1999, until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Salvador Gerardi, recover from the Defendants a late charge in the amount of 6% of the principal and interest due on November 5, 1999.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Salvador Gerardi, recover from Defendants, the sum of $38,744.13, with interest thereon at the rate of 10% per annum from July 17, 1999, until paid.

Case 3:00-cv-00770-RET-CN   Document 109   Filed 11/10/2003   Page 3 of 3

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Salvador

Gerardi, recover from the Defendants a late charge in the amount of 6% of the principal

and interest due on April 24, 2000.

Signed this the ____7ᵗʰ____ day of _November_, 2003, Baton Rouge,

Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA