USDC SCAN INDEX SHEET










```
MAM    3/22/06    9:05
3:06-MC-00134    GREEN V. JOHNSON RICHARDS CO
*2*
*PRAE.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 MAR 21 PM 3:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

Lucille Green )
)
)
vs. )   CASE NO. 06MC134
)
Johnson Richards & Co., Inc. et al. )
)   **PRAECIPE**
)
)

**TO THE CLERK:**

One (1) Abstract of Judgment at $31.50

DATE: March 20, 2006

Date Issued: 3-21-06

Dean T. Kirby, Jr.
Name
600 B Street, Suite 1950
Address
San Diego, CA 92101

619-685-4000
Telephone